Ariel C. Calmes
Wyoming State Bar No. 7-4807
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
(307) 261-5434
Ariel.calmes@usdoj.gov



**FILED**

*10:25 am, 11/17/25*

**U.S. Magistrate Judge**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MICHELINO SUNSERI,**

Defendant.

**Case Number: L:24-PO-00893-SAH**

---

### MOTION TO DISMISS VIOLATION NOTICE WITH PREJUDICE PURSUANT TO FED. R. CRIM. P. 48(a)

The United States of America, by and through its attorney, the United States Attorney for the District of Wyoming, respectfully submits this motion. Pursuant to Fed. R. Crim. P. 48(a), the government hereby moves to dismiss with prejudice the violation notice currently pending against the defendant. The government cites to Executive Grant of Clemency dated November 7, 2025 (attached) as reason for this motion for dismissal.

DARIN D. SMITH
United States Attorney

By:   */s/ Ariel C. Calmes*
ARIEL C. CALMES
Assistant United States Attorney

---

### LEAVE GRANTING DISMISSAL AND DISMISSAL OF PETTY OFFENSE CASE

After due consideration, the Court hereby GRANTS LEAVE to the United States to dismiss the petty offense counts charged herein with prejudice. The case is hereby dismissed with prejudice.

By:   *Stephanie Hambrick*          November 17, 2025
STEPHANIE A. HAMBRICK                    DATE
UNITED STATES MAGISTRATE JUDGE